UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLETA L. CONNER,<br><br>                         Plaintiff,<br><br>   vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>                         Defendant. | NO: 4:21-CV-5062-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 10). The parties agree that the above-captioned matter be dismissed with prejudice, the parties each to bear their own costs and attorneys' fees. The Court has reviewed the record and files herein, and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party to bear their own costs and attorneys' fees.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED August 17, 2021.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2